**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

BRYAN M. GARRIE (SBN 131738)
**BRYAN M. GARRIE, APC**
Post Office Box 2731
La Jolla, California 92038
Telephone: (858) 459-0020
Facsimile: (858) 459-0777
Email: bgarrie@garrielaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SALAZAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>    vs.<br><br>MIDWEST SERVICING GROUP, INC.,<br><br>Defendant. | Case No. 2:17-cv-00137-PSG-KS<br><br>**NOTICE OF SETTLEMENT ON NATIONAL CLASS-WIDE BASIS** |

///
///

Plaintiff Jeremy Salazar ("Plaintiff"), by and through his counsel of record, and Defendant, Midwest Servicing Group, Inc. ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby jointly notify this Honorable Court that this matter has recently settled.

On August 15, 2017, the parties participated in a full-day mediation in Santa Ana, California.  With the assistance of Hon. Leo S. Papas (Ret.), the parties were able to reach an agreement to resolve the matter on a proposed national class-wide basis.

The parties, through counsel, are now working on a full and finalized settlement agreement memorializing and confirming said settlement.  In addition, Plaintiff will be engaging in limited confirmatory discovery in the form of written discovery requests and one (1) deposition.

As such, the parties respectfully request that this Honorable Court vacate all current dates and deadlines and allow Plaintiff sixty (60) days to complete confirmatory discovery and present his Motion for Preliminary Approval of Class Action Settlement.

Respectfully Submitted,

Dated August 23, 2017,                **MARTIN & BONTRAGER, APC**


/s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorneys for Plaintiff*

Dated August 23, 2017                 **BRYAN M. GARRIE, APC**


/s/ Bryan M. Garrie

Bryan M. Garrie
*Attorneys for Defendant*

# PROOF OF SERVICE

I filed electronically on this 23rd day of August, 2017, **NOTICE OF SETTLEMENT ON NATIONAL CLASS-WIDE BASIS**, with:

United States District Court CM/ECF system

Notification sent electronically on this 23rd day of August, 2017, to:

BRYAN M. GARRIE
**BRYAN M. GARRIE, APC**
Post Office Box 2731
La Jolla, California 92038
Telephone: (858) 459-0020
Facsimile: (858) 459-0777
Email: bgarrie@garrielaw.com

This 23rd day of August, 2017

s/Nicholas J. Bontrager
Nicholas J. Bontrager