**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DISVISION**

| | |
|---|---|
| JEREMY SALAZAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST SERVICING GROUP, INC.,<br><br>Defendant. | Case No. 2:17-cv-00137-PSG-KS<br><br>**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date: June 11, 2018<br>Time: 1:30 p.m.<br>Courtroom: 6A<br><br>Judge: Hon. Phillip Gutierrez |

PLEASE TAKE NOTICE, that on June 11, 2018 at 1:30 P.M. or soon thereafter, in Courtroom 6A of the United States Courthouse, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Plaintiff JEREMY SALAZAR ("Plaintiff"), individually and on behalf of all others similarly situated, by and through their counsel, together with the Defendant, MIDWEST SERVICING GROUP, INC. ("Defendant"), by and through its counsel, will move this court for an Order (1) granting preliminary approval of the

1

proposed Settlement, (2) approving the proposed Notice procedure and the form, manner and content of the Notice, (3) staying all proceedings until the Court renders a final decision regarding the approval of the Settlement, (4) conditionally certifying the proposed Settlement Class, (5) appointing Plaintiff as Class Representatives and Plaintiff's Counsel as Class Counsel, and (6) scheduling a hearing for Final Approval. This motion is brought pursuant to Fed. R. Civ. P. 23(e) and is made following the conference of counsel, pursuant to Local Rule 7.3.  The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declaration of G. Thomas Martin, III, the declaration of Jeremy Salazar, the complete file and record in this action, and any such other evidence and argument the Court may choose to entertain.

DATE:  April 24, 2018

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**
By: /s/ G . Thomas Martin, III
G. Thomas Martin, III
Attorneys for Plaintiff

# PROOF OF SERVICE

I filed electronically on this 24th day of April, 2018, **NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 24th day of April, 2018, to:

BRYAN M. GARRIE
**BRYAN M. GARRIE, APC**
Post Office Box 2731
La Jolla, California 92038
Telephone: (858) 459-0020
Facsimile: (858) 459-0777
Email: bgarrie@garrielaw.com

This 24th day of April, 2018

s/G. Thomas Martin, III
G. Thomas Martin, III

3