**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DISVISION

| | |
|---|---|
| JEREMY SALAZAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST SERVICING GROUP, INC.,<br><br>Defendant. | Case No. 2:17-cv-00137-PSG-KS<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: October 1. 2018<br>Time:  1:30 p.m.<br>Courtroom: 6A<br><br>Judge:  Hon. Phillip Gutierrez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order granting Preliminary Approval of Class Action Settlement on June 4, 2018 (Dkt. 39) on October 1, 2018 at 1:30 p.m. in Courtroom 6A of the United States Courthouse, located at 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, Plaintiff JEREMY SALAZAR ("Plaintiff"), individually and on

behalf of all others similarly situated, by and through his counsel, will move the Court for an Order granting Final Approval of Class Action Settlement, including the following relief:

    a) Affirm final certification of this proceeding as a Class Action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, with the Class as defined in the Settlement Agreement;

    b) Affirm final certification of Plaintiff as Class Representative; and G. Thomas Martin, III and Nicholas J. Bontrager of Martin & Bontrager, APC as Class Counsel;

    c) Find that the notice given to Class Members satisfied the requirements of both the Federal Rules of Civil Procedure 23 and due process and that the Court has jurisdiction over the Parties and the Class;

    d) Find that the Settlement Agreement is fair, reasonable and adequate to the Class Members and approve the Agreement;

    e) Grant Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Awards;

    f) Order that the Class Representative and all Class Members have affected the releases set forth in Section 14 of the Settlement Agreement, thereby releasing the Released Claims as to the Released Parties;

    h) Dismiss all claims in the Lawsuit with prejudice, and permanently enjoin the Class Representative and all Class Members from bringing or prosecuting any Released Claim against any Released Party. It is the Parties' intention that such dismissal shall constitute a final judgment of the Releasing Parties' claims against the Released Parties on the merits to which the principles of res judicata shall apply to the fullest extent of the law as to the Released Parties;

i) Retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Agreement and the Final Approval Order and Judgment.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declaration of G. Thomas Martin, III, the Declaration of Nicholas J. Bontrager, the Declaration of Plaintiff, the Declaration of KCC Project Manager Alyssa McDonald, and the complete file and record in this action, and any such other evidence and argument of counsel that the Court may choose to entertain.

DATE: August 30, 2018                    RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**
By: /s/ G . Thomas Martin, III
G. Thomas Martin, III
Attorneys for Plaintiff

## PROOF OF SERVICE

I filed electronically on this 30th day of August, 2018, **NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 31st day of August, 2018, to:

BRYAN M. GARRIE
**BRYAN M. GARRIE, APC**
Post Office Box 2731
La Jolla, California 92038
Telephone: (858) 459-0020
Facsimile: (858) 459-0777
Email: bgarrie@garrielaw.com

This 30th day of August, 2018

s/G. Thomas Martin, III
G. Thomas Martin, III