E-FILED
SEP - 6 2019
Document # _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JEREMY SALAZAR,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST SERVICING GROUP, INC.,<br><br>Defendant(s). | Case No.: 2:17-cv-00137-PSG-KS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISBURSE UNCLAIMED SETTLEMENT FUNDS TO CY PRES RECIPIENT |

Upon review of the Parties' Stipulation and good cause showing, it is hereby ordered that:

1. Any remaining unclaimed Settlement Funds shall be deemed subject to Cy Pres distribution;

2. The Legal Aid Foundation of Los Angeles be appointed as the sole Cy Pres recipient of the unclaimed Settlement Funds;

3. That Class Counsel shall, within ten (10) days, deliver said unclaimed Settlement Funds to the Legal Aid Foundation of Los Angeles; and

4. Upon confirmation of deposit by the Legal Aid Foundation of Los Angeles of the unclaimed Settlement Funds, Class Counsel shall file a Final Status Report confirming same, thus closing this matter in its entirety.

IT IS SO ORDERED.

Dated: 9/6/19

By: _____
Hon. United States District Court Judge

- 1 -

ORDER RE STIPULATION TO DISBURSE UNCLAIMED SETTLEMENT FUNDS